No. 86–6753.   ATTWELL *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6754.   LEWIS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6764.   THOMAS *v.* EDWARDS, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6774.   RAFFOUL *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 86–6779.   GOMEZ *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86–6785.   MARQUEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–6787.   RODRIGUES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–6790.   LONEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–6801.   WOODCOCK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–6804.   BROWN-BEY *v.* UNITED STATES MARSHAL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6817.   PORTAL *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–6818.   VADEN *v.* VILLAGE OF MAYWOOD, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6819.   ROQUE-PINO *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–6820.   BAILEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–6822.   BASCOS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.